The People of the State of Illinois, Plaintiff-Appellee, v. Terrance Lewandowski, Defendant-Appellant.

(No. 61543;

First District (5th Division)—July 11, 1975.

PER CURIAM.

Paul Bradley and Allen L. Wiederer, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.